## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILSON DIVISION

IN THE MATTER OF**:**  **WILLIAM CARROLL MORRISON**        CASE NO:  **04-01370-8-RDD**
              **RITA SHERRIE MORRISON**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **CITI CARDS**<br>**PO BOX 3671**<br>**DES MOINES, IA 50322** | **$6.31** | **03/05/09** |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**August 31, 2009**              ___/s/ Trawick H. Stubbs, Jr._____
                  **TRAWICK H. STUBBS, JR.**
                  **CHAPTER 13 TRUSTEE**
                  **P. O. BOX 1618**
                  **NEW BERN, NC  28563**
                  **(252) 633-0074**